UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:05CV195-J

PATRICIA BURTON                                                                                    PLAINTIFF

v.

JO ANNE BARNHART,
Commissioner of Social Security                                                         DEFENDANT

## MEMORANDUM OPINION

Plaintiff Patricia Burton seeks Disability Insurance benefits which were denied by the Commissioner. The matter was referred to United States Magistrate Judge E. Robert Goebel who recommends that the Decision of the Commissioner be upheld. This Court has conducted a de novo review of the specific, written objections of the plaintiff and finds that the Findings of Fact, Conclusions of Law, and Recommendation of the Magistrate Judge should be adopted and the Decision of the Commissioner should be affirmed.

Plaintiff has raised the following objections: 1) the ALJ improperly rejected the disabling opinions of Dr. Phillip Aaron; 2) the vocational testimony was insufficient as only two jobs were identified; and 3) the ALJ erred by not asking the vocational expert about conflicts between her testimony and the DOT.

After reviewing the record in its entirety and conducting a de novo review of the matters raised by each of these objections, the Court has determined that the analyses and conclusions of the Magistrate Judge mirror those of the undersigned. The Court adopts the Magistrate Judge's proposed Findings of Fact, Conclusions of Law, and Recommendation in their entirety in lieu of writing a separate opinion.

A Judgment in conformity has this day entered.